IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No. 5:11cr9/RS

TENG YI-PING SUN,
  A/K/A/ "Tina Sun"
_____/

## PRELIMINARY ORDER OF FORFEITURE

Before me is the Government's Motion for a Preliminary Order of Forfeiture (Doc. 182).

1. On February 16, 2011, the Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against the defendant, charging her and others with various violations of Titles 8 and 18 of the United States Code.

2. The Indictment included a Criminal Forfeiture Count pursuant to the provisions of Title 18, United States Code, Section 982(a); Title 18, United States Code, Sections 981(a); and Title 28, United States Code, Section 2461(c).

3. The United States seeks forfeiture of:

A.   **Real Property located at 4123 West 21st Street, Panama City, Florida 32405;**

B.   **$6,150.00 in U.S. Currency;**

C.   **$8,600.00 located in Tina Yi-Ping Sun's Tyndall Federal Credit Union No. 00192485401.**

4. The United States is entitled to possession of the described property, pursuant to the provisions of Title 18, United States Code, Section 982(a); Title 18, United States Code, Sections 981(a); and Title 28, United States Code, Section 2461(c).

5. On April 8, 2011, Teng Yi-Ping Sun entered a Plea Agreement in which she pled guilty to Counts One, Ten and Eleven of the Indictment.

6. The Plea Agreement included a forfeiture agreement in which Teng Yi-Ping Sun agreed to the forfeiture of all forfeitable assets.

**IT IS ORDERED:**

The defendant's interest in the following property is forfeited to the United States pursuant to the provisions of Title 18, United States Code, Section 982(a); Title 18, United States Code, Sections 981(a); and Title 28, United States Code, Section 2461(c):

A. **Real Property located at 4123 West 21st Street, Panama City, Florida 32405;**

B. **$6,150.00 in U.S. Currency;**

C. **$8,600.00 located in Tina Yi-Ping Sun's Tyndall Federal Credit Union No. 00192485401.**

The United States shall cause to be published at least once notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendants, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date

of publication on an official Internet government forfeiture site, or receipt of actual notice, whichever is earlier.  The United States shall:

1. State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

Upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

**ORDERED** on June 20, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**